# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0231

VERSUS

CHRISTOPHER GAGE

**MAY 24, 2021**

---

In Re:    Christopher Gage, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 303,250.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT